UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Xianwu Lin,
A 073 164 604,

     *Petitioner*,

v.

Pamela BONDI, *et al.*,

     *Respondents.*

Case No: 25-cv-08568

ORDER TO SHOW CAUSE

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Upon the Motion of Petitioner Xianwu Lin for an Order to Show Cause, the supporting papers, and all proceedings to date, and good cause being shown:

IT IS HEREBY ORDERED that:

1. Respondents shall show cause in writing within three (3) days of the entry of this Order why a writ of habeas corpus should not be granted, or why other appropriate relief should not issue, in connection with Petitioner's detention by U.S. Immigration and Customs Enforcement.

2. Respondents shall file an Answer, return, or other responsive pleading to the habeas petition within three (3) days of this Order, together with all supporting declarations and the administrative record relied upon.

3. Petitioner may file a reply within three (3) days after Respondents' submission.

4. The Court will determine whether oral argument, an evidentiary hearing, or further proceedings are necessary after reviewing the parties' submissions.

5. Failure by Respondents to timely comply with this Order may result in the Court granting appropriate relief, including the writ, default remedies, or consideration of interim release.

SO ORDERED.

Dated: December 3, 2025
      White Plains, New York

_____
Kenneth M. Karas
United States District Judge