UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIANWU LIN,<br>A 073 164 604,<br><br>                         Petitioner,<br>   v.<br><br>PAMELA BONDI, *et al.*,<br><br>                         Respondents. | Case No. 25-CV-8568 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

      Please take notice that the above captioned Action has been scheduled for oral argument on the pending Petition for Writ of Habeas Corpus before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, December 16, 2025 at 2:30 p.m. in Court Room 521 300 Quarropas St. White Plains, New York 10601.

Dated:  December 10, 2025
          White Plains, New York

                                                                   SO ORDERED.

                                                                    KENNETH M. KARAS United
                                                                    States District Judge