**ROBERT L. ARLEO, ESQ. P.C.**
1345 Avenue of the Americas
2nd Floor
New York, New York 10105

Telephone: (212) 551-1115  Fax: (518) 751-1801
Email: robertarleo@gmail.com  www.robertarleo.com

December 16, 2025

Hon. Kenneth M. Karas, District Judge
United States District Court
Southern District of New York
300 Quaroppas Street
White Plains, New York   10601

Re:  Fitzpatrick v. Selip & Stylianou, LLP et al.
Case No. 24-CV-08556 (KMK)

Dear Judge Karas:

I represent Selip & Stylianou, LLP, a Defendant named in the above-entitled lawsuit. On December 11, 2025, Plaintiff filed his opposition (Dkt. No. 56) to Defendant's motion to dismiss his Amended Complaint for lack of standing. I ask Your Honor to allow Defendant until December 23, 2025 to file its reply thereto.

Granted.
So Ordered.
12/16/25

Respectfully submitted,

/ s /  *Robert L. Arleo*

Robert L. Arleo

RLA:gra
cc:  All counsels of record via ECF
     Plaintiff Christopher Fitzpatrick
     via mail