UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIANWU LIN,

               Petitioner,

v.

PAMELA BONDI, in her official capacity as
U.S. Attorney General, *et al.*,

               Respondents.

25 Civ. 8568 (KMK)

**STIPULATION AND [PROPOSED] KMK**
**ORDER OF DISMISSAL**

WHEREAS, petitioner Xianwu Lin ("Petitioner") filed this action pursuant to 28 U.S.C. § 2241 on October 16, 2025; and

WHEREAS, on December 15, 2025, Petitioner was removed from the United States, thereby mooting this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and (subject to the approval of the Court) all pending deadlines and conferences are canceled.

Dated: December 16, 2025
      New York, New York

LAW OFFICE OF THEODORE COX
*Attorney for Petitioner*

By:   /s/ Theodore Cox[1]
      THEODORE COX, ESQ.
      401 Broadway, Suite 701
      New York, New York 10013
      Tel.: (212) 925-1208
      tedcoxecf@gmail.com

Dated: December 16, 2025
      New York, New York

JAY CLAYTON
United States Attorney
*Attorney for Respondents*

By:   /s/ Samuel Dolinger
      SAMUEL DOLINGER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2677
      samuel.dolinger@usdoj.gov

---

[1] Consent for signature obtained pursuant to Rule 8.5(b) of the SDNY ECF Rules & Instructions.

SO ORDERED:

_____
HON. KENNETH M. KARAS
United States District Judge

Dated:   12/16/25
         White Plains, New York